JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

BENJI MACAULAY,

    Petitioner,

    v.

B. BIRKHOLZ, Warden,

    Respondent.

No. 2:25-cv-10058-AH-JDE

JUDGMENT

Pursuant to the Order Summarily Dismissing Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice

Dated: DECEMBER 8, 2025

_____
ANNE HWANG
United States District Judge